

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-12-00155-CR, 04-12-00156-CR, & 04-12-00157-CR

Glen Edward **FARMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2011-CR-9601A, 2011CR9602A, & 2011-CR-9603A
The Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED June 26, 2013.

_____
Rebeca C. Martinez, Justice